UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | § CAUSE NO. 09-00731-M-001 |
| | § |
| KAMAL ABDALLAH | § |

### MOTION FOR CONTINUANCE OF IDENTITY HEARING, PRELIMINARY EXAMINATION AND DETENTION HEARING

TO THE HONORABLE NANCY STEIN NOVAK, UNITED STATES MAGISTRATE JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

Now comes, Kamal Abdallah, Defendant in the above entitled and numbered cause, by and through undersigned counsel and moves the Court for a continuance of the Identity Hearing, Preliminary Examination and Detention Hearing currently scheduled for August 19, 2009 at 10:00 a.m. until Friday, August 21, 2009 at 2:00 p.m., and for good cause would show the Court as follows:

I.

Defense is in the process of negotiating the above issues with the Government, and requests this additional time to complete the task(s).

II.

Counsel has conferred with Assistant United States Attorney, Ray Gattinella, who has indicated that the Government has no objection to this motion for continuance.

WHEREFORE, PREMISES CONSIDERED, Defendant prays this Honorable Court grant this motion for continuance of Identity Hearing, Preliminary Examination and Detention Hearing until Friday, August

21, 2009 at 2:00 p.m., or until such time as this Honorable Court deems just and proper.

                                  Respectfully submitted,

                                  ____/s/_____
                                  John A. Convery

                                  HASDORFF & CONVERY, P.C.
                                  Attorneys at Law
                                  1005 S. Alamo Street
                                  San Antonio, Texas 78210
                                  (210) 738-9060
                                  (210) 738-9426 FAX
                                  HasConPC@aol.com
                                  SBN: 04715100

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion for Continuance was filed with the U.S. District Clerk's Office by electronic filing and delivered to the U.S. Attorney's office, 601 NM Loop 410, Suite 600, San Antonio, Texas 78216.

                                  _____
                                  John A. Convery

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CAUSE NO. 09-00731-M-001 |
| KAMAL ABDALLAH | § | |

O R D E R

On this date came on to be considered defendant's motion for continuance of the identity hearing, preliminary examination and detention hearing in this case and, having reviewed same the Court finds that for good cause stated the ends of justice will be served by continuing this case and the public interest in a speedy trial is out weighed by the interests of defendant in the continuance requested. Said motion is, therefore, GRANTED.

NANCY STEIN NOVAK
U.S. MAGISTRATE JUDGE